

# B|W|W

**BWW LAW GROUP, LLC**
**ATTORNEYS AT LAW**
www.bww-law.com

6003 EXECUTIVE BLVD.
SUITE 101
ROCKVILLE, MD 20852
(301) 961-6555 (PHONE)
(301) 961-6545 (FACSIMILE)

8100 THREE CHOPT ROAD
SUITE 240
RICHMOND, VA 23229
(804) 282-0463 (PHONE)
(804) 282-0541 (FACSIMILE)

——— FILED      ——— ENTERED
——— LOGGED   ——— RECEIVED

JUN 1 4 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

August 22, 2017

**VIA FIRST CLASS MAIL**

Diana M. Bell
2135 Wildwood Trail
Pocomoke City, MD 21851

RE:    **Property:**    2135 Wildwood Trail, Pocomoke City, MD 21851

**Borrower(s):**    Diana M. Bell

**Creditor:**    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE3

**Servicer:**    OCWEN LOAN SERVICING, LLC

**Our File No.:**    MD-120499

Dear Diana M. Bell :

The Servicer identified above has informed our office that Diana M. Bell executed a Deed of Trust dated September 13, 2006 (the "Deed of Trust") which secures repayment of a loan in an original principal amount of $225,250.00. The Deed of Trust encumbers the above referenced property.   This law firm has been retained to provide legal services in connection with enforcement of the Deed of Trust.

Our firm has been informed by the Servicer that as of August 18, 2017,  the  amount of the debt is $192,029.79. Because of interest, late charges and other charges that may vary from day to day, the amount required on a later date may be different than the figure supplied above.  Hence, if you pay the amount shown above, an adjustment may be necessary after those funds are received.  For further information please contact OCWEN Loan Servicing, LLC at .

**IMPORTANT NOTICE:  This communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose. Unless you dispute the validity of the debt, or a portion thereof, within thirty days after receipt of this letter, this firm will assume the debt is valid. If, within said thirty day period, you notify this firm, in writing, that you dispute the debt, or any portion thereof, this firm will obtain verification of the debt and a copy of such verification will be mailed to you. If you send us a written request within said thirty day period, this firm will mail you the name and address of your original creditor if different from the current creditor.**

**If the debt has been discharged in a bankruptcy case, this letter is not a demand that you pay any money, nor is it an attempt to collect any money from you.**

Sincerely,

BWW Law Group, LLC



THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.
2322987318

*Recvd 08/25/17*

09/20/17

Diana M. Bell/James F. Bell III.
2135 Wildwood Trail
Pocomoke, Maryland 21851

BWW LAW GROUP, LLC

**ATTORNEYS AT LAW**

6003 Executive Blvd.
Suite 101
Rockville, Maryland 20852

Re: File No.: MD-120499

This letter is sent in response to your recent letter dated 08/22/17.

I am requesting that you provide validation of this debt.

If you do not comply with this request, I will immediately file a
complaint with the Federal Trade Commission and the State of
Maryland's Attorney General's office. Civil and criminal claims will
be pursued.

Sincerely,

Diana M. Bell

*Diana M. Bell*

James F. Bell III.

---

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

| Certified Mail Fee | $3.35 | 0851 |
| | $2.75 | 01 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $0.49 | |
| Total Postage and Fees | $6.59 | 09/20/2017 |

Sent To *BWW Law Group, LLC*
Street and Apt. No., or PO Box No. *6003 Executive Blvd. Suite 100*
City, State, ZIP+4® *Rockville, Md 20852*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 0640 0001 8681 9833

---

FILED _____   ENTERED _____
LOGGED _____   RECEIVED _____

JUN 1 4 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____   DEPUTY

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

*BWW Law Group, LLC*
*6003 Executive Blvd. 101*
*Rockville, Md.*
*20852*

9590 9402 2095 6132 9145 67

2. Article Number (Transfer from service label)
7015 0640 0001 8681 9833

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature   ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery   ☐ Registered Mail™
☐ Certified Mail®   ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☐ Return Receipt for Merchandise
☐ Collect on Delivery   ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery   ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

# BWW LAW GROUP, LLC
## ATTORNEYS AND COUNSELORS AT LAW
6003 EXECUTIVE BLVD. SUITE 101
ROCKVILLE, MARYLAND 20852
(301) 961-6555
FAX (301) 961-6545

From the Desk of:   Jacob Geesing, Esq.
(Admitted in MD and DC)
jake.geesing@bww-law.com
(301) 469-3354 (Direct Line)

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**

September 25, 2017

FILED ———— ENTERED
LOGGED ———— RECEIVED

JUN 1 4 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY

DEPUTY

## **VERIFICATION OF DEBT**

Diana M. Bell
2135 Wildwood Trail
Pocomoke City, MD 21851

Re:     Deed of Trust Dated:   09/13/2006  /  Original Principal Balance:   $225,250
        Secured Property:   2135 Wildwood Trail
        Grantor / Borrower:   Diana M. Bell /   BWW File # MD-120499

Ms. Bell:

This firm has been hired by Ocwen Loan Servicing, LLC to exercise the power of sale contained in the above referenced deed of trust if the default claimed by Ocwen under the terms of the deed of trust is not resolved to the satisfaction of Ocwen. This is in response to your letter of September 20, 2017.

A copy of the original promissory note is enclosed. The Deed of Trust securing repayment of the debt evidenced by the Note is recorded among the land records of Worcester County in Liber 4785, folio 197. An imaged copy of the recorded deed of trust can be viewed online at http://MDLandRec.net. The original lender was Freemont Investment & Loan, 2727 East Imperial Highway, Brea, California 92821.. The loan is serviced by Ocwen for its current owner, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE-3 Mortgage Pass-through Certificates Series 2007-HE3.

According to the business records of Ocwen provided to this firm, the current unpaid interest bearing principal balance of the loan, as modified by agreement, is $113,197.99 and the loan is due for the April 1, 2017 payment. If you would like up to date payoff or reinstatement figures, or wish to discuss any other foreclosure prevention options, please contact Ocwen directly at 1-800-746-2936.

**IF YOU ARE CURRENTLY INVOLVED IN A BANKRUPTCY PROCEEDING OR HAVE DISCHARGED PERSONAL LIABILITY FOR THE REPAYMENT OF THE DEBT VERIFIED HEREIN, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY, IS NOT AN ATTEMPT TO HOLD YOU PERSONALLY RESPONSIBLE FOR THE DEBT, AND APPLIES ONLY TO THE LIEN ON THE PROPERTY, NOT TO YOU PERSONALLY.**

Sincerely,

BWW LAW GROUP, LLC

Jacob Geesing

Enclosure

BWW#: MD-120499

## IN THE CIRCUIT COURT FOR WORCESTER COUNTY, MARYLAND

Carrie M. Ward, et al.
6003 Executive Blvd, Suite 101
Rockville, MD 20852
    Substitute Trustees
    Plaintiffs

vs.

DIANA M. BELL
2135 Wildwood Trail
Pocomoke City, MD 21851
    Defendant(s)

Case No. _____

FILED ——— ENTERED
LOGGED ——— RECEIVED

JUN 1 4 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY

DEPUTY

### AFFIDAVIT CERTIFYING OWNERSHIP OF DEBT INSTRUMENT; DEFAULT AND INDEBTEDNESS
Pursuant to Real Prop. Art., Sections 7-105.1(e)(1)(iii), 7-105.1(e)(2)(iii), 7-105.1 (e)(2)(iii), Rule 14-207(b)(2), and 14-207(b)(3)

I, __Debbie Best__ a(n) ____ Contract Management Coordinator ____ of Ocwen Loan Servicing LLC ("Ocwen"), being of lawful age and being first duly sworn on oath, states as follows:

1. I HEREBY CERTIFY that Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE3 Mortgage Pass-through Certificates, Series 2007-HE3 is the owner of the debt instrument secured by the Mortgage or Deed of Trust which is the subject of the instant foreclosure action. Ocwen Loan Servicing, LLC is the servicer for said owner. A true and accurate copy of the Note is attached hereto.

2. The Note secured by the Deed of Trust/Mortgage recorded among the land records of Worcester County, Maryland, in Liber 4785, Folio 197 is in default.

3. The Plaintiff has the right to foreclose.

4. The default under the terms of the Note and Deed of Trust/Mortgage occurred on April 2, 2017 when the defendant failed to make the installment payment due on April 1, 2017, and each month thereafter.

BWW#: MD-120499

5.  According to the Records, as of September 19, 2017, there is now due and owing upon said note and Deed of Trust/mortgage, the following amounts:

| | | | |
|---|---|---|---|
| Principal due on the note: | | $ | 113,197.99 |
| Deferred Principal Balance: | | $ | 72,871.61 |
| Variable Interest from 03/01/2017 to 09/19/2017 (At the time of default: 2.00000% at a rate of $6.288777 per day): | | $ | 1,245.16 |
| Late Charges: | | $ | 338.08 |
| Escrow Balance/Advances: | | $ | 3,914.98 |
| Taxes: | $ 10,339.12 | | |
| Insurance: | $ 15,203.65 | | |
| Escrow Payment/Credits: | $ (24,708.94) | | |
| Prior Servicer Escrow Balance: | $ 3,081.15 | | |
| **ADDITIONAL COSTS:** | | | |
| Property Valuation Fee / BPO: | | $ | 0.00 |
| Prior Servicer Fee: | | $ | 0.00 |
| Title Search Expenses: | | $ | 0.00 |
| Property Preservation /Maintenance Fee: | | $ | 0.00 |
| Interest Arrearage | | $ | 0.00 |
| Other Fees: Bankruptcy Costs: | | $ | 0.00 |
| Subtotal | | $ | 191,567.82 |
| Less Suspense | | $ | 0.00 |
| **GRAND TOTAL as of September 19, 2017** | | $ | 191,567.82 |

I solemnly affirm under the penalties of perjury that the contents of the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

Dated, this the 30th day of October , 2017.

Ocwen Loan Servicing, LLC Servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE3 Mortgage Pass-through Certificates, Series 2007-HE3

Signature: _Debbie Best_

Name: **Debbie Best**

Title: **Contract Management Coordinator**

Diana M. Bell & James F. Bell III
2135 Wildwood Trail
Pocomoke, Maryland 21851
Phone: 443-783-0941

UNITED STATES DISTRI

DISTRICT OF MAR

**DIANA M. BELL**
**AND**
**JAMES F. BELL III**

**PLAINTIFFS,**

**VS.**

**BWW**
**BWW LAW GROUP, LLC**
**ATTORNEYS AT LAW**
**AND**
**CARRIE M. WARD**

**DEFENDANTS**

Case #

1. **FDCPA VIOLATIONS**

2. **NEGLIGENCE**

3. **FRAUD IN THE CONCEALMENT**

4. **FRAUD IN THE INDUCEMENT**

5. **SLANDER OF TITLE**

6. **DECLARATORY RELIEF**

7. **RESCISSION**

Comes now Diana M. Bell and James F. Bell III, hereinafter referred to as "Plaintiff(s)," and moves the
court for relief as herein requeste

Plaintiffs are in the instant
"Plaintiff(s)." Plaintiffs can be
are, BIERMAN, GEESING, WA
EAST WEST HIGHWAY, SUIT

This court has jurisdiction ov
Court in the position of Jurisdicti

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF MARYLAND

| | |
|---|---|
| Diana M. Bell & James F. Bell III | ) |
| *Plaintiff/Petitioner* | ) |
| v. | )    Civil Action No. |
| BWW LAW GROUP, LLC and CARRIE M. WARD | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ n/a _____

If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
n/a

My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per

*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☑ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
Diana's  Social Security monthly benefit check  $1501.00 minus insurance
James's  Social Security monthly benefit check  $ 797.00 minus insurance

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $ _____ 250.00 .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (*describe the property and its approximate value*):

2018 Kia Soul
2012 Chevrolet Silverado

6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (*describe and provide the amount of the monthly expense*):

| | |
|---|---|
| Ocwen (mortgage) | $653.04 |
| Choptank Electric | $250.00 |
| 2018 Kia Soul | $353.28 |
| 2012 Chevrolet Silverado | $329.98 |

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8.  Any debts or financial obligations (*describe the amounts owed and to whom they are payable*):

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____

_____
*Applicant's signature*

_____
Diana M. Bell & James F. Bell III.
*Printed name*



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com*™.

ROCKVILLE MD 20852

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| | 0803 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $6.70 |
| Total Postage and Fees | $10.15 |

Postmark Here
APR 17 20
SALISBURY MD 21801

Sent To BWW LAW GROUP LLC
Street and Apt. No., or PO Box No. 6003 EXECUTIVE BLVD, Suite 101
City, State, ZIP+4® ROCKVILLE MARYLAND 20852

7015 0640 0007 6854 3521

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

uspo tracking – Bing

**US Package Tracking - Enter Tracking Number**
ad: **trackmypackage.co** ▾
Enter Tracking Number. Real-time Updates. Simple Tracking.
trackmypackage.co has been visited by 100K+ users in the past month

**Enter Tracking Number**
Enter Your Tracking Information
To Get Instant Tracking Details

**Instant Tracking**
Get Instant Tracking Information
On Your Package In Transit

**US Postal Service Track - Enter Your Tracking Number**
ad: **trackpackages.co/US** ▾
Track Any Package with Extension. Enter Your Tracking Number To Get Started.
Package Tracking - Track & Confirm Your Packages
trackpackages.co has been visited by 10K+ users in the past month

**US Package Tracking - Enter Tracking Number. Real-time Updates**
ad: **trackinglocater.com** ▾
Enter Tracking Number. Real-time Updates. Also Track Fedex & More.
USPS Package Tracking | Instant Results | TrackingLocater.com

**UPS Package Tracking - Enter Tracking Number**
ad: **www.trackthepackages.com/UPS/Tracking** ▾
Track Any Package Fast & Easy. Get Started with Free App. Install Now!

Including results for usps tracking.
Do you want results only for uspo tracking?

**Track USPS package**

| 70150640000768543521 | Track |
|---|---|

 USPS package #70150640000768543521
www.usps.com

Delivered: Wed, Apr 18, 11:59 AM

---

### United States Postal Service

The United States Postal Service is an independent agency of the United States federal government responsible for providing postal service in the United States, including its insular areas and associated states. It is one of the few government...

                  

Official          Wikipedia      Twitter         Facebook
website

**Customer service:** +1 800-275-8777

**Representative:** Chat online on Messenger

**Founded:** Jul 01, 1971

**Revenue:** $74.78 billion USD (2008)

**Headquarters:** Washington, D.C., United States

**Subsidiaries:** United States Postal Inspection Service, Postal Service Office of Inspector General

Data from: Wikipedia · Freebase

Text under CC-BY-SA license

Suggest an edit

Case 1:19-cv-01077-SRC Document 127-1 Filed 08/19/19 Page 10 of 39



# Certificate of Marriage
## State of Maryland

LICENSE NO.
**002979**

### PRINCE GEORGE'S COUNTY (16)

*I Hereby Certify* that on the __12th__ day of __June__ 19 __82__

the following persons were by me united in marriage at __St. Ignatius Church__

__Oxon Hill, Md.__ (City or Town)

in accordance with the License of the Clerk of the Court in the jurisdiction shown above.

Groom's Name __James Franklin Bell III__  Age __32__  Birthplace __Virginia__ (State)

Residence __Ft. Washington, Maryland PGCO 20744__  Marital Status __Never Married__

(Town or City)   (County)   (State)

Bride's Name __Diana Marie Rosage__  Age __30__  Birthplace __Pennsylvania__ (State)

__6111 Brandyhall Court PGCO__

Residence __Ft. Washington, Maryland 20744__  Marital Status __Never Married__

(Town or City)   (County)   (State)

Relationship to groom if any __none__

Signature of Officiating Clergyman or Authorized Officer

License Date __May 26__ 19 __82__

Title and Religious Denomination or Office

Doc. #198 Folio #195   St. Ignatius Catholic Church

Address of Clergyman or Authorized Officer

2400 Brinkley Rd., Oxon Hill, Md. 20744

# MARYLAND GENERAL DURABLE POWER OF ATTORNEY

## THE POWERS YOU GRANT BELOW ARE EFFECTIVE
## EVEN IF YOU BECOME DISABLED OR INCOMPETENT

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND · SWEEPING. THEY ARE EXPLAINED IN THE UNIFORM STATUTORY FORM POWER OF ATTORNEY ACT. IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

I _DIANA MARIE BELL_

_OF_

_2135 Wildwood Trail   Pocomoke Md. 21851_ [insert your name and address]
appoint _James E. Bell III_        (_Same_) _____ [insert the name and
address of the person appointed] as my Agent (attorney-in-fact) to act for me in any
lawful way with respect to the following initialed subjects:

TO GRANT ALL OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF (N) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS.

TO GRANT ONE OR MORE, BUT FEWER THAN ALL, OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF EACH POWER YOU ARE GRANTING.

TO WITHHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF IT. YOU MAY, BUT NEED NOT, CROSS OUT EACH POWER WITHHELD.

**Note: If you initial Item A or Item B, which follow, a notarized signature will be required on behalf of the Principal.**

INITIAL

_____ **(A) Real property transactions.** To lease, sell, mortgage, purchase, exchange, and acquire, and to agree, bargain, and contract for the lease, sale, purchase, exchange, and acquisition of, and to accept, take, receive, and possess any interest in real property whatsoever, on such terms and conditions, and under such covenants, as my Agent shall deem proper; and to maintain, repair, tear down, alter, rebuild, improve manage, insure, move, rent, lease, sell, convey, subject to liens, mortgages, and security deeds, and in any way or manner deal with all or any part of any interest in real property whatsoever, including specifically, but without limitation, real property lying and being situated in the State of Maryland, under such terms and conditions, and under such covenants, as my Agent shall deem proper and may for all deferred payments accept purchase money notes payable to me and secured by mortgages or deeds to secure debt, and may from time to time collect and cancel any of said notes, mortgages, security interests, or deeds to secure
. debt.

_____ **(B) Tangible personal property transactions.** To lease, sell, mortgage, purchase, exchange, and acquire, and to agree, bargain, and contract for the lease, sale, purchase, exchange, and acquisition of, and to accept, take, receive, and possess any personal property whatsoever, tangible or intangible, or interest thereto, on such terms and conditions, and under such covenants, as my Agent shall deem proper; and to maintain, repair, improve, manage, insure, rent, lease, sell, convey, subject to liens or mortgages, or to take any other security interests in said property which are recognized under the Uniform Commercial Code as adopted at that time under the laws of the State of Maryland or any applicable state, or otherwise hypothecate (pledge), and in any way or manner deal with all or any part of any real or personal property whatsoever, tangible or intangible, or any interest therein, that I own at the time of execution or may thereafter acquire, under such terms and conditions, and under such covenants, as my Agent shall deem proper.

_____ **(C) Stock and bond transactions.** To purchase, sell, exchange, surrender, assign, redeem, vote at any meeting, or otherwise transfer any and all shares of stock, bonds, or other securities in any business, association, corporation, partnership, or other legal entity, whether private or public, now or hereafter belonging to me.

_____ **(D) Commodity and option transactions.** To buy, sell, exchange, assign, convey, settle and exercise commodities futures contracts and call and put options on stocks and stock indices traded on a regulated options exchange and collect and receipt for all proceeds of any such transactions; establish or continue option accounts for the principal with any securities or futures broker; and, in general, exercise all powers with respect to commodities and options which the principal could if present and under no disability.

_____ **(E) Banking and other financial institution transactions.** To make, receive, sign, endorse, execute, acknowledge, deliver and possess checks, drafts, bills of exchange, letters of credit, notes, stock certificates, withdrawal receipts and deposit instruments relating to accounts or deposits in, or certificates of deposit of banks, savings and loans, credit unions, or other institutions or associations. To pay all sums of money, at any time or times, that may hereafter be owing by me upon any account, bill of exchange, check, draft, purchase, contract, note, or trade acceptance made, executed, endorsed, accepted, and delivered by me or for me in my name, by my Agent. To borrow from time to time such sums of money as my Agent may deem proper and execute promissory notes, security deeds or agreements, financing statements, or other security instruments in such form as the lender may request and renew said notes and security instruments from time to time in whole or in part. To have free access at any time or times to any safe deposit box or vault to which I might have access.

_____ **(F) Business operating transactions.** To conduct, engage in, and otherwise transact the affairs of any and all lawful business ventures of whatever nature or kind that I may now or hereafter be involved in. To organize or continue and conduct any business which term includes, without limitation, any farming, manufacturing, service, mining, retailing or other type of business operation in any form, whether as a proprietorship, joint

venture, partnership, corporation, trust or other legal entity; operate, buy, sell, expand, contract, terminate or liquidate any business; direct, control, supervise, manage or participate in the operation of any business and engage, compensate and discharge business managers, employees, agents, attorneys, accountants and consultants; and, in general, exercise all powers with respect to business interests and operations which the principal could if present and under no disability.

_____ **(G) Insurance and annuity transactions.** To exercise or perform any act, power, duty, right, or obligation, in regard to any contract of life, accident, health, disability, liability, or other type of insurance or any combination of insurance; and to procure new or additional contracts of insurance for me and to designate the beneficiary of same; provided, however, that my Agent cannot designate himself or herself as beneficiary of any such insurance contracts.

_____ **(H) Estate, trust, and other beneficiary transactions.** To accept, receipt for, exercise, release, reject, renounce, assign, disclaim, demand, sue for, claim and recover any legacy, bequest, devise, gift or other property interest or payment due or payable to or for the principal; assert any interest in and exercise any power over any trust, estate or property subject to fiduciary control; establish a revocable trust solely for the benefit of the principal that terminates at the death of the principal and is then distributable to the legal representative of the estate of the principal; and, in general, exercise all powers with respect to estates and trusts which the principal could exercise if present and under no disability; provided, however, that the Agent may not make or change a will and may not revoke or amend a trust revocable or amendable by the principal or require the trustee of any trust for the benefit of the principal to pay income or principal to the Agent unless specific authority to that end is given.

_____ **(I) Claims and litigation.** To commence, prosecute, discontinue, or defend all actions or other legal proceedings touching my property, real or personal, or any part thereof, or touching any matter in which I or my property, real or personal, may be in any way concerned. To defend, settle, adjust, make allowances, compound, submit to arbitration, and compromise all accounts, reckonings, claims, and demands whatsoever that now are, or hereafter shall be, pending between me and any person, firm, corporation, or other legal entity, in such manner and in all respects as my Agent shall deem proper.

_____ **(J) Personal and family maintenance.** To hire accountants, attorneys at law, consultants, clerks, physicians, nurses, agents, servants, workmen, and others and to remove them, and to appoint others in their place, and to pay and allow the persons so employed such salaries, wages, or other remunerations, as my Agent shall deem proper.

_____ **(K) Benefits from Social Security, Medicare, Medicaid, or other governmental programs, or military service.** To prepare, sign and file any claim or application for Social Security, unemployment or military service benefits; sue for, settle or abandon any claims to any benefit or assistance under any federal, state, local or foreign statute or regulation; control, deposit to any account, collect, receipt for, and take title to and hold all benefits under any Social Security, unemployment, military service or other state, federal, local or foreign statute or regulation; and, in general, exercise all

powers with respect to Social Security, unemployment, military service, and governmental benefits, including but not limited to Medicare and Medicaid, which the principal could exercise if present and under no disability.

_____ **(L) Retirement plan transactions.** To contribute to, withdraw from and deposit funds in any type of retirement plan (which term includes, without limitation, any tax qualified or nonqualified pension, profit sharing, stock bonus, employee savings and other retirement plan, individual retirement account, deferred compensation plan and any other type of employee benefit plan); select and change payment options for the principal under any retirement plan; make rollover contributions from any retirement plan to other retirement plans or individual retirement accounts; exercise all investment powers available under any type of self-directed retirement plan; and, in general, exercise all powers with respect to retirement plans and retirement plan account balances which the principal could if present and under no disability.

_____ **(M) Tax matters.** To prepare, to make elections, to execute and to file all tax, social security, unemployment insurance, and informational returns required by the laws of the United States, or of any state or subdivision thereof, or of any foreign government; to prepare, to execute, and to file all other papers and instruments which the Agent shall think to be desirable or necessary for safeguarding of me against excess or illegal taxation or against penalties imposed for claimed violation of any law or other governmental regulation; and to pay, to compromise, or to contest or to apply for refunds in connection with any taxes or assessments for which I am or may be liable.

____ **(N) ALL OF THE POWERS LISTED ABOVE.** YOU NEED NOT INITIAL ANY OTHER LINES IF YOU INITIAL LINE (N).


**SPECIAL INSTRUCTIONS:**

ON THE FOLLOWING LINES YOU MAY GIVE SPECIAL INSTRUCTIONS LIMITING OR EXTENDING THE POWERS GRANTED TO YOUR AGENT.

_____

_____

_____

_____

_____

_____

_____

THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT IS REVOKED.

THIS POWER OF ATTORNEY SHALL BE CONSTRUED AS A GENERAL DURABLE POWER OF ATTORNEY AND SHALL CONTINUE TO BE EFFECTIVE EVEN IF I BECOME DISABLED, INCAPACITATED, OR INCOMPETENT.

(YOUR AGENT WILL HAVE AUTHORITY TO EMPLOY OTHER PERSONS AS NECESSARY TO ENABLE THE AGENT TO PROPERLY EXERCISE THE POWERS GRANTED IN THIS FORM, BUT YOUR AGENT WILL HAVE TO MAKE ALL DISCRETIONARY DECISIONS. IF YOU WANT TO GIVE YOUR AGENT THE RIGHT TO DELEGATE DISCRETIONARY DECISION-MAKING POWERS TO OTHERS, YOU SHOULD KEEP THE NEXT SENTENCE, OTHERWISE IT SHOULD BE STRICKEN.)

**Authority to Delegate.** My Agent shall have the right by written instrument to delegate any or all of the foregoing powers involving discretionary decision-making to any person or persons whom my Agent may select, but such delegation may be amended or revoked by any agent (including any successor) named by me who is acting under this power of attorney at the time of reference.

(YOUR AGENT WILL BE ENTITLED TO REIMBURSEMENT FOR ALL REASONABLE EXPENSES INCURRED IN ACTING UNDER THIS POWER OF ATTORNEY. STRIKE OUT THE NEXT SENTENCE IF YOU DO NOT WANT YOUR AGENT TO ALSO BE ENTITLED TO REASONABLE COMPENSATION FOR SERVICES AS AGENT.)

**Right to Compensation.** My Agent shall be entitled to reasonable compensation for services rendered as agent under this power of attorney.

(IF YOU WISH TO NAME SUCCESSOR AGENTS, INSERT THE NAME(S) AND ADDRESS(ES) OF SUCH SUCCESSOR(S) IN THE FOLLOWING PARAGRAPH.)

**Successor Agent.** If any Agent named by me shall die, become incompetent, resign or refuse to accept the office of Agent, I name the following (each to act alone and successively, in the order named) as successor(s) to such Agent:

_____

_____

**Choice of Law.** THIS POWER OF ATTORNEY WILL BE GOVERNED BY THE LAWS OF THE STATE OF MARYLAND WITHOUT REGARD FOR CONFLICTS OF LAWS PRINCIPLES. IT WAS EXECUTED IN THE STATE OF MARYLAND AND IS INTENDED TO BE VALID IN ALL JURISDICTIONS OF THE UNITED STATES OF AMERICA AND ALL FOREIGN NATIONS.

I am fully informed as to all the contents of this form and understand the full import of this grant of powers to my Agent.

I agree that any third party who receives a copy of this document may act under it. Revocation of the power of attorney is not effective as to a third party until the third party learns of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

Signed this _30th_ day of _MAR._ , 20_07_

_Diana M Bell_
[Your Signature]

## CERTIFICATE OF ACKNOWLEDGMENT
## OF NOTARY PUBLIC

STATE OF MARYLAND
COUNTY OF _Wicomico_

This document was acknowledged before me on
_March 30, 2007_ [Date] by
_Diana M Bell_
_____ [name of principal].

[Notary Seal, if any]:

Melody A. Parsons, Notary Public
Wicomico County
State of Maryland
Commission Expires: _1/1/10_

_Melody A. Parsons_
(Signature of Notarial Officer)

Notary Public for the State of Maryland

My commission expires:
_1/1/10_

## ACKNOWLEDGMENT OF AGENT

BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, THE AGENT ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.

_James F. Bell III_
[Typed or Printed Name of Agent]

_James F. Bell_
[Signature of Agent]



# B|W|W

| | **BWW LAW GROUP, LLC** | |
|---|---|---|
| 6003 EXECUTIVE BLVD. | **ATTORNEYS AT LAW** | 8100 THREE CHOPT ROAD |
| SUITE 101 | www.bww-law.com | SUITE 240 |
| ROCKVILLE, MD 20852 | | RICHMOND, VA 23229 |
| (301) 961-6555 (PHONE) | | (804) 282-0463 (PHONE) |
| (301) 961-6545 (FACSIMILE) | | (804) 282-0541 (FACSIMILE) |

August 22, 2017

**VIA FIRST CLASS MAIL**

Diana M. Bell
2135 Wildwood Trail
Pocomoke City, MD 21851

**RE:**  **Property:**  2135 Wildwood Trail, Pocomoke City, MD 21851

   **Borrower(s):**  Diana M. Bell

   **Creditor:**  DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HE3

   **Servicer:**  OCWEN LOAN SERVICING, LLC

   **Our File No.:**  MD-120499

Dear Diana M. Bell :

The Servicer identified above has informed our office that Diana M. Bell executed a Deed of Trust dated September 13, 2006 (the "Deed of Trust") which secures repayment of a loan in an original principal amount of $225,250.00. The Deed of Trust encumbers the above referenced property.   This law firm has been retained to provide legal services in connection with enforcement of the Deed of Trust.

Our firm has been informed by the Servicer that as of August 18, 2017, the  amount of the debt is $192,029.79. Because of interest, late charges and other charges that may vary from day to day, the amount required on a later date may be different than the figure supplied above.  Hence, if you pay the amount shown above, an adjustment may be necessary after those funds are received.  For further information please contact OCWEN Loan Servicing, LLC at .

**IMPORTANT NOTICE:  This communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose. Unless you dispute the validity of the debt, or a portion thereof, within thirty days after receipt of this letter, this firm will assume the debt is valid. If, within said thirty day period, you notify this firm, in writing, that you dispute the debt, or any portion thereof, this firm will obtain verification of the debt and a copy of such verification will be mailed to you. If you send us a written request within said thirty day period, this firm will mail you the name and address of your original creditor if different from the current creditor.**

**If the debt has been discharged in a bankruptcy case, this letter is not a demand that you pay any money, nor is it an attempt to collect any money from you.**

Sincerely,

BWW Law Group, LLC



THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.
2322987318

*RECVD 08/25/17*

BWWMD-12049

## IN THE CIRCUIT COURT FOR WORCESTER COUNTY, MARYLAND

Carrie M. Ward
Howard N. Bierman
Jacob Geesing
Pratima Lele
Joshua Coleman
Richard R. Goldsmith, Jr.
Ludeen McCartney-Green
Elizabeth C. Jones
Nicholas Derdock
Andrew J. Brenner
Angela M. Dawkins
Wayne Anthony Holman
David W. Simpson, Jr.
6003 Executive Blvd, Suite 101
Rockville, MD 20852
  Substitute Trustees
   Plaintiffs

vs.

DIANA M. BELL

2135 Wildwood Trail
Pocomoke City, MD 21851
  Defendant(s)

Case No. _____

## INSTRUCTIONS REGARDING LOSS MITIGATION APPLICATION

### TO THE DEFENDANT(S):

Please complete the enclosed loss mitigation application by following the instructions contained therein and return the completed application in the enclosed envelope addressed to:

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

Thank you,

Date: ___11/7/17___

Respectfully submitted,

Nicholas Derdock
Substitute Trustee   CPF#1212110225
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
Phone: 301-961-6555
Fax: 301-961-6545
Email: Court@bww-law.com

BWWBMD-120499

property, if known, and that a final loss mitigation affidavit is NOT attached; and the secured party and the borrower have not elected to participate in prefile mediation.

(7) A Preliminary Loss Mitigation Affidavit, instructions for completing a loss mitigation application, a loss mitigation application and a description of loss mitigation option (service copy also includes addressed envelope);

(8) If the property is residential real property, a copy of the Notice of Intent to Foreclose with an Affidavit(s) that the NOI was mailed in accordance with RP7-105.1(c) and stating the date of the default and the nature of the default and at the time the NOI was sent the contents were accurate in accordance with RP7-105.1(e)(1)(ii) and Rule 14-207(b)(8);

(9) A Notice of Foreclosure Action;

(10) An affidavit, in accordance with Rule 14-209(c), of Mailing of Notice to Occupant(s) pursuant to RP7-105.9(b)(1).

License No. Lender: N/A
License No. Originator: N/A

Date: 11/7/17

Respectfully submitted,

By: _____
Nicholas Derdock
CPF#1212110226

Substitute Trustee
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
Phone: 301-961-6555
Fax: 301-961-6545
Email: Courts@bww-law.com

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR
NO DEBT COLLECTION ATTEMPT WILL BE MADE IN VIOLATION OF THE AUTOMATIC STAY OF 11 U.S.C.
SECTION 362(a), OR OF ANY BANKRUPTCY DISCHARGE OR BANKRUPTCY COURT ORDER

BWW/MD-120499

IN THE CIRCUIT COURT FOR WORCESTER COUNTY, MARYLAND

Carrie M. Ward, et al.  
6003 Executive Blvd, Suite 101  
Rockville, MD 20852  
    Substitute Trustees  
      Plaintiffs

vs.  
DIANA M. BELL

2135 Wildwood Trail  
Pocomoke City, MD 21851

    Defendant(s)

Case No. _____

*  *  *  *  *  *  *  *  *  *  *

## AFFIDAVIT PURSUANT TO MD RULE 14-207(B)(4) REGARDING COPY OF APPOINTMENT OF SUBSTITUTE TRUSTEE/ASSIGNMENT OF MORTGAGE

The undersigned Substitute Trustee, pursuant to Maryland Rule 14-207(b)(4), does hereby affirm, under the penalties of perjury, that filed herein is a true and accurate copy of the Appointment of Substitute Trustees/Assignment of Mortgage, the original of which has been, or now is being, submitted for recording among the Land Records of Worcester County, Maryland.

The undersigned solemnly affirms under the penalties of perjury that the contents of the foregoing Affidavit are true to the best of his or her knowledge, information and belief.

Respectfully submitted,

Date: 11/9/17

Nicholas Derdock  
Substitute Trustee CPF#1212110226  
BWW Law Group, LLC  
6003 Executive Blvd, Suite 101  
Rockville, MD 20852  
Phone: 301-961-6555  
Fax: 301-961-6545  
Email: Courts@bww-law.com

## IN THE CIRCUIT COURT FOR WORCESTER COUNTY, MARYLAND

| | |
|---|---|
| Carrie M. Ward, et al.<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852<br><br>      Substitute Trustees<br>      Plaintiffs<br><br>vs.<br>DIANA M. BELL<br>2135 Wildwood Trail<br>Pocomoke City, MD 21851<br>      Defendant(s) | ✱<br>✱<br>✱<br>✱<br>✱<br>✱<br>✱     Case No. _____<br>✱<br>✱<br>✱<br>✱ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### Statement Regarding Occupancy Status, Loss Mitigation Affidavit and Prefile Mediation

The undersigned Substitute Trustee hereby states that the property that is the subject of this foreclosure action is ___✓___ is not_____ "residential property" as that term is defined by Maryland Code, Real Property, Section 7-105.1 and that;

(A) according to the servicer of the loan, the occupancy status of the secured property is as follows:

_____owner occupied

_____not owner occupied

___✓___unknown;

and,

(B) a Final Loss Mitigation Affidavit:

___✓___is attached to this document

___✓___is not attached to this document

(C) the secured party and the borrower have not elected to participate in prefile mediation.

Respectfully submitted,

Date:___11/9/17___

_____
Nicholas Derdock
Substitute Trustee   CPF#1212110226
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
Phone: 301-961-6555
Fax: 301-961-6545
Email: Courts@bww-law.com

BWWMD-120499

## IN THE CIRCUIT COURT FOR WORCESTER COUNTY, MARYLAND

| | |
|---|---|
| Carrie M. Ward, et al. | * |
| 6003 Executive Blvd, Suite 101 | * |
| Rockville, MD 20852 | * |
| Substitute Trustees | * |
| Plaintiffs | * |
| | * |
| vs. | *    Case No. _____ |
| DIANA M. BELL | * |
| | * |
| 2135 Wildwood Trail | * |
| Pocomoke City, MD 21851 | * |
| | * |
| Defendant(s) | * |

\* \* \* \* \* \* \* \* \*

### AFFIDAVIT PURSUANT TO MD RULE 14-207(B)(4) REGARDING COPY OF APPOINTMENT OF SUBSTITUTE TRUSTEE/ASSIGNMENT OF MORTGAGE

The undersigned Substitute Trustee, pursuant to Maryland Rule 14-207(b)(4), does hereby affirm, under the penalties of perjury, that filed herein is a true and accurate copy of the Appointment of Substitute Trustees/Assignment of Mortgage, the original of which has been, or now is being, submitted for recording among the Land Records of Worcester County, Maryland.

The undersigned solemnly affirms under the penalties of perjury that the contents of the foregoing Affidavit are true to the best of his or her knowledge, information and belief.

Respectfully submitted,

Date: 11/9/17

Nicholas Derdock
Substitute Trustee  CPF#1212110226
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
Phone: 301-961-6555
Fax: 301-961-6545
Email: Courts@bww-law.com

BWW#MD-120499

## IN THE CIRCUIT COURT FOR WORCESTER COUNTY, MARYLAND

Carrie M. Ward, et al.                              *
6003 Executive Blvd, Suite 101                     *
Rockville, MD 20852                                *
    Substitute Trustees                *
    Plaintiffs                          *
vs.                                                *   Case No. _____
DIANA M. BELL                                      *
                                                   *
2135 Wildwood Trail                                *
Pocomoke City, MD 21851                            *
                                                   *
    Defendant(s)                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF MAILING OF NOTICE TO OCCUPANT(S)

The undersigned Substitute Trustee, pursuant to Maryland Rule 14-209, does hereby affirm that the Substitute Trustees caused to be mailed to 2135 Wildwood Trail, Pocomoke City, MD 21851, via first class mail, on or about the date this case was docketed, a notice substantially in the form set out in Real Property Article 7-105.9(b) addressed to "All Occupants." That notice was a separate document printed in at least 12 point type. Typed on the outside of the envelope in which the written notice was mailed, on the address side, were the words required by Maryland Code, RP Section 7-105.9(b)(3), typed or printed in the manner and size required by that code section.

The undersigned solemnly affirms under the penalties of perjury that the contents of the foregoing Affidavit are true to the best of his or her knowledge, information and belief.

Date: _____11/9/17_____

Respectfully submitted,

_____
Nicholas Derdock
Substitute Trustee    CPF#1212110226
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
Phone: 301-961-6555
Fax: 301-961-6545
Email: Courts@bww-law.com

BWW/MD-120499

# IN THE CIRCUIT COURT FOR WORCESTER COUNTY, MARYLAND

| | |
|---|---|
| Carrie M. Ward, et al. | * |
| 6003 Executive Blvd, Suite 101 | * |
| Rockville, MD 20852 | * |
|     Substitute Trustees | * |
|     Plaintiffs | *     Case No. _____ |
| vs. | * |
| Diana M. Bell | * |
| | * |
| 2135 Wildwood Trail | * |
| Pocomoke City, MD 21851 | * |
|     Defendant(s) | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT PURSUANT TO SERVICEMEMBERS CIVIL RELIEF ACT

The undersigned Substitute Trustee hereby affirms that, based on a review of a response to a military status request from the Department of Defense Manpower Data Center, Diana M. Bell is not in the military service of the United States as defined by the Servicemembers Civil Relief Act.

The undersigned hereby solemnly affirms, under the penalties of perjury, that the contents of the foregoing Affidavit are true to the best of his or her knowledge, information and belief.

Respectfully submitted,

Date: ___11/9/17___

Nicholas Derdock
Substitute Trustee   CPF#1212110226
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
Phone: 301-961-6555
Fax: 301-961-6545
Email: Courts@bww-law.com



# FORECLOSURE TRAPS, PITFALLS, AND SWINDLES

## GENERAL FINDINGS AND OVERVIEW:

Based on our preliminary investigation the mortgage loan contract dated September 13th, 2006 between Fremont Investment & Loan and Diana M. Bell reveals that Diana M. Bell as an individual issued an Uncertificated Security as an Accommodation Promissory Note regarding an IRC 1031 like kind exchange table funded purported loan that was securitized into a mortgage-backed security (MBS).

Diana M. Bell as an individual executed the Tangible UCC3 Note as the Accommodation party for Fremont Investment & Loan, the Accommodated party, for a purported loan for $ 225,000.00

An Accommodation Party is a person who signs a negotiable instrument or commercial paper or agreement for the purpose of being a surety for another party (called an accommodated party) to the instrument to help the accommodated party obtain a loan or an extension of credit. This is similar to co-signing for a car loan, wherein the guarantor (Accommodation Party) is not the actual account debtor on the financing obligation.

Diana M. Bell pledged Accommodation Mortgage (electronic chattel authoritative copy) appears to have been relinquished by Fremont Investment & Loan and beneficiary of the Accommodation Mortgage (MERS) into a IRC 1031 like kind exchange, purportedly negotiating UCC9 beneficial interest evidenced by Accommodation Mortgage lien, on or before the cut-off date, to a Mortgage Backed Security (MBS) for the purpose of receiving a service release premium for Accommodated services rendered.

A mortgage-backed security (MBS) is a type of asset-backed security that is secured by a mortgage or collection of mortgages. The mortgages are sold to a group of individuals (a government agency or investment bank) that securitizes, or packages, the loans together into a security that investors can buy. The mortgages of an MBS may be issued by government-sponsored enterprises like Fannie Mae or Freddie Mac, or they can be "private-label", issued by structures set up by investment banks.

The structure of the MBS may be known as "pass-through", where the interest and principal payments from the borrower or homebuyer pass through it to the MBS holder, or it may be more complex, made up of a pool of other MBSs.

Federal Uniform Commercial Code (UCC) and State statutory law mirroring federal statutes create the Promissory Note of the Tangible Mortgage Loan Instrument. According to state statutory law, real property secures the Promissory Note.

The electronic version of a Warranty Deed may be electronically filed with the County Recorder's Office by a third-party submitter, but must strictly adhere to State statutory requirements. The Warranty Deed contains the information transferring title (legal and equitable) of the real property from the Mortgage Loan Originator, operating as an agent for the Seller of Real Property to the Buyer (Homeowner).

# FRAUD STOPPERS, PMA

PH: 773-877-3655. FAX: 844-372-8378.
332 S Michigan Ave, Ste 1032 #F513, Chicago IL 60604-4434
Email: Info@FraudStoppers.org  Website: www.FraudStoppers.org





# FORECLOSURE TRAPS, PITFALLS, AND SWINDLES

In order to secure the property as collateral for the Security Instrument, legal title to the property is required. The Warranty Deed must be filed with the County Recorder's Office in order to effectively secure the property. The Warranty Deed is not governed by the UCC or its State equivalent if filed electronically, but by the ESIGN Act.

Of the many documents signed and recorded after the closing of the Mortgage Loan Contract by the Mortgage Loan Originator, only two (2) are required to effectuate the securitization process. These two documents are the Paper Tangible Promissory Note and the Paper Tangible Security Instrument (Mortgage, Deed of Trust or Security Deed).These two tangible instruments are collectively considered one tangible instrument. Filing of the Tangible Promissory Note with the County Recorder's Office is required to perfect the Tangible Lien according to State statute. The filing with the County Recorder's Office identifies to the original Lender who has the rights to the Note and the Security Instrument securing the Note.

Securitization occurs when the Mortgage Loan Originator offers as consideration the mortgage loan instrument to an Account Debtor (Sponsor/Seller) who swaps the intangible payment stream for certificates that are sold to investors who are paid the income from the certificates.

When the Tangible Obligation (Promissory Note) and the Security Instrument (Mortgage, Deed of Trust or Security Deed) is sold in the secondary market to an Intangible Account Obligee (REMIC Trust) an Intangible Obligation is created under UCC Article 8.The existence of the Intangible Obligation under UCC Article 8 depends on the Tangible Instrument secured by a properly and continuously perfected security interest requiring the tangible Security Instrument be filed with the County Recorder's Office.

Digitizing the tangible Promissory Note and the tangible Security Instrument into electronic data creates an electronic file called a Mortgage Loan Package.This electronic file is presented to various parties for evaluation and rating and appears legal.The Electronic Mortgage Loan Package is commonly, but incorrectly identified as the "Mortgage Loan Package" and is nothing more than an interest in the payment stream from the Intangible Payment Obligation originating from the Tangible Promissory Note obligation.

The electronic digitized version of the Security Instrument is often filed with the County Recorder's Office and gives the illusion of legitimacy by allegedly providing a security interest for an alternate method of collecting value for the UCC Article 8 Intangible Obligation. In reality, the maker of the Intangible

Obligation pledged the digitized version of a UCC Article 3 Security Instrument which is not perfected as it is recorded without the purchaser's identity. The Account Debtor claims to execute a True Sale of the Tangible Obligation and the Security Interest to the purchaser of the Intangible Obligation. This is impossible as the purchaser never obtained legal rights to an alternate method of collection using the Security Instrument to secure the obligation.

# FRAUD STOPPERS, PMA

PH: 773-877-3655. FAX: 844-372-8378.

332 S Michigan Ave, Ste 1032 #F519, Chicago IL 60604-4434

Email: Info@FraudStoppers.org   Website: www.FraudStoppers.org




The First Electronic Sale happened when the Loan Originator offers the Electronic Mortgage Loan Package to a prospective Buyer (Intangible Obligor/Seller/Securitizer) to offset a pre-arranged line-of-credit for the benefit of the Loan Originator.The Buyer of the Electronic Mortgage Loan Package conditionally agreed to accept as a tender of funds the conveyance of the Electronic Mortgage Loan Package and takes control of the Electronic Mortgage Loan Package as a transferable record that is not supported by law.

Pursuant to UCC Article 3-3203(d), when the First Transfer of Personal Property (UCC 8 Note-Payment Intangible) and the First Sale of the Intangible Obligation (payment stream, rights to future payments or beneficial interest) are bifurcated from the Tangible Obligation, rights to enforce the Tangible Obligation cease as the Tangible Obligation was not properly negotiated from the Loan Originator to the Intangible Obligor.

The only rights conveyed are the rights to hold and possess the Tangible Obligation. An Intangible Obligor (Seller/Securitizer) cannot be a holder in due course of a properly secured UCC 3 instrument when the laws governing the Security Instrument are not followed.

UCC Article 9 does not govern the signatures on the Intangible Security Interest, Tangible Note or the Tangible Security Interest. UCC Article 9 governs the collection rights but the negotiation and transfer of an Intangible Obligation (payment stream) is governed by UCC Article 8. Therefore, negotiation of the UCC Article 8 instrument cannot be negotiated with an electronic signature attempting to transfer under UCC Article 9 and is invalid.

As future legal actions were not anticipated, paper documents were either placed in storage (Custodial and Non-Custodial Custody) or destroyed. The electronic version of the paper documents are stored electronically as an eNote and tracked on a national database. The electronic database tracks who the UCC Article 8 Intangible Obligee is with personal property rights to the UCC Article 9. The electronic database does not track who has a vested legal interest in the Security Instrument as this is governed by State statutory law and typically remains vested in the name of the Mortgage Loan Originator.

If Mortgage Electronic Registration Systems (MERS) is involved, MERS is named as beneficiary or nominee agent to the Mortgage Loan Originator. Registration on the MERS system is required and when registered, an 18-digit Mortgage Identification Number "MIN" is created.The first seven digits identify the registering lender and the last digit is a checksum number. If the Electronic Mortgage Loan Package is registered in the MERS registry, there is no physical transfer of the Electronic Mortgage Loan Package.

The MERS Registry updates information as to who has control and ownership rights of the electronic digitized file. If a Notice of Assignment reflecting the electronic negotiation is not filed with the County Recorder's Office rights to the Security Instrument does not occur.There is no law requiring notice to be filed with the County Recorder's Office upon the selling or buying of an eNote when dealing with personal property. However, when dealing with real property, compliance with UCC Article 9, the ESIGN Act and the UETA is required.

# FRAUD STOPPERS, PMA

PH: 773-877-3655. FAX: 844-372-8378.

332 S Michigan Ave, Ste 1032 #F513, Chicago IL 60604-4434

Email: Info@FraudStoppers.org  Website: www.FraudStoppers.org





# FORECLOSURE TRAPS, PITFALLS, AND SWINDLES

In this case Diana M. Bell' Accommodation UCC3 Note or pledged Accommodation Mortgage lien could not have been lawfully negotiated or assigned to the Real Estate Mortgage Investment Conduit (REMIC) Trust, Special Purpose Vehicle Trust, or to the Trustee, because the alleged assignment(s) of interest in the mortgage loan contract would violate the Trust Prospectus and New York Trust Law, and would therefore be void as a matter of law.

Furthermore because Diana M. Bell signed the Accommodation Promissory Note as an Accommodation party Fremont Investment & Loan was never actually the real holder of the indebtedness of Diana M. Bell' Tangible Note or Pledged Security Instrument. Fremont Investment & Loan never actually gave any consideration for the initial mortgage loan transaction, and would therefore never have had any legal rights to enforce the mortgage lien over the real property located at 2135 Wildwood Trail, Pocomoke, MD 21851.

Based on our preliminary investigation, and the above stated facts, it appears that the mortgage loan contract dated September 13th, 2006 between Fremont Investment & Loan and Diana M. Bell would qualify for a mortgage fraud lawsuit seeking Special Damages ███████████████████ financial compensation, and possibly clear and free title to the real property located at 2135 Wildwood Trail, Pocomoke, MD 21851.

However, in order to more accurately determine exactly what potential causes of action that this mortgage loan qualifies for, based on current circumstances, require a *Potential Cause of Action Phone Consultation*.

If you would like to schedule a Potential Cause of Action Phone Consultation to discuss all of the details regarding this mortgage loan contract and any litigation options please use our online calendar.

We look forward to speaking with you as soon as possible, so that we can help you in your efforts to gain the legal remedy that the law entitles you too, and that you deserve.

To your victory!

**FRAUD STOPPERS PMA**
Investigations Department
PH / FAX 844-872-83778
Email: Info@FraudStoppers.org

# FRAUD STOPPERS, PMA

PH: 773-877-3655. FAX: 844-372-8378.
332 S Michigan Ave, Ste 1032 #F513, Chicago IL 60604-4434
Email: Info@FraudStoppers.org  Website: www.FraudStoppers.org



**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*™.

BALTIMORE MD 21201

| Certified Mail Fee | $3.45 |
|---|---|

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $_____
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage     $1.63

Total Postage and Fees   $7.83

04/24/2018

Sent To
*DiSTRicT CourT of Baltimore*
Street and Apt. No., or PO Box No.
*101 WEST LombARD S5.*
City, State, ZIP+4®
*Baltimore md. 21201*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7016 1370 0002 0619 9051

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*DisTRict Court of BalTimore*
*101 WEST LombARD S5.*
*BalTimore md. 21201*

9590 9402 3662 7335 6083 31

2. Article Number *(Transfer from service label)*

7016 1370 0002 0619 9051

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery   4/29/18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| DIANA M. BELL, et. al, | * |
| Plaintiffs, | * |
| v. | * |
| | Case No.: 1:18-cv-01077-GLR |
| DEUTSCHE BANK NATIONAL | * |
| TRUST COMPANY, et al., | * |
| Defendants. | |

\*          \*          \*          \*          \*

### DEFENDANTS' MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE

Defendants Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS

Capital I Inc. Trust 2007-HE3 Mortgage Pass-through Certificates, Series 2007-HE3 and Ocwen

Loan Servicing, LLC, through undersigned counsel, pursuant to Rules 8(a), 9(b), 12(b)(1) and

12(b)(6) of the Federal Rules of Civil Procedure, move for dismissal of the Complaint filed by

Plaintiffs Diana M. Bell and James F. Bell, III. Defendants rely on and incorporate their

accompanying memorandum of law filed in support of this Motion.

Dated: May 25, 2018                              Respectfully submitted,


                                                 /s/ Laurie B. Goon
                                                 Laurie B. Goon (Federal Bar No. 29604)
                                                 Duane Morris LLP
                                                 111 S. Calvert St., Suite 2000
                                                 Baltimore, MD 21202
                                                 (410) 949-2943
                                                 (410) 510-1274 (fax)
                                                 lbgoon@duanemorris.com

DM1\8733789.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| DIANA M. BELL, et. al, | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: 1:18-cv-01077-GLR |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | * | |
| | * | |
| Defendants. | | |

    *        *        *        *        *

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Deutsche Bank National Trust Company, as trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE3 Mortgage Pass-through Certificates, Series 2007-HE3 ("Deutsche Bank") and Ocwen Loan Servicing, LLC ("Ocwen"), through undersigned counsel, pursuant to Rules 8(a), 9(b), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 105.1, file this memorandum of points and authorities in support of their Motion to Dismiss Plaintiff Diana M. Bell ("Mrs. Bell") and Plaintiff James F. Bell, III's ("Mr. Bell," collectively "Plaintiffs") Complaint, and state as follows.

### INTRODUCTION

This case is Plaintiffs' misguided and improper attempt to verify who is entitled to payment on the note or to enforce the subject deed of trust, and ultimately to avoid foreclosure. Plaintiffs seek to adjudicate Deutsche Bank and Ocwen's rights to a mortgage loan secured by residential property. Plaintiffs' confusing Complaint, however, consists of no more than familiar and meritless legal theories used by borrowers to question or challenge the validity of their mortgage loan after



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746 - 2936

07/12/2016

Loan Number: 71674436



Diana M. Bell
2135 Wildwood Trail
Pocomoke City, MD 21851-3547

Property Address: 2135 Wildwood Trl
Pocomoke City, MD 21851-3547

Dear   Diana M. Bell,

Ocwen Loan Servicing, LLC (OCWEN) would like to take this opportunity to thank you for your recent communication regarding the above referenced loan. We appreciate the time and effort on your part to bring your concern to our attention. Pursuant to your request, we have reviewed the loan and below is our response to the concern raised:

**Concern#1**        You requested us to respond to the queries outlined in your correspondence.

**Response**        A review of our records indicates that you Diana M. Bell filed for Bankruptcy Chapter 7 on February 4, 2014, which was discharged on July 29, 2014. Once Bankruptcy is filed, all assets and liabilities come under Bankruptcy protection. Further, upon discharge of Bankruptcy, no further credit reporting would be made on the loan.

We have submitted a request to the credit bureaus to suppress the credit reporting made on the loan as the loan was discharged through Bankruptcy Chapter 7 on July 29, 2014. The confirmation number for this electronically submitted update is 80167060.

We report to Equifax, TransUnion, Experian and Innovis. These bureaus provide information to the local credit bureaus to update and correct your credit file. Unfortunately, we are unable to control when the credit reporting agencies will update their records. In the interim, you may use this letter as evidence that the request has been submitted.

On November 21, 2014, the loan was modified under the Home Affordable Modification Program (HAMP) with a new principal balance of $342,114.83. Please note that $218,614.83 of the new unpaid principal balance shall be deferred (the "Deferred Principal Balance") and is eligible for forgiveness (the Deferred Principal Reduction Amount) in equal instalments over 3 years.

NMLS # 1852                                                                                            RRCMAINLTRM
*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

:::Experian
A world of insight

## Your accounts in good standing (continued)

| | | | |
|---|---|---|---|
| **MOHELA/DEPT OF ED** | **Date opened** | **Type** | **Credit limit or** | **Recent balance** | **Responsibility** |

**MOHELA/DEPT OF ED**
633 SPIRIT DR
CHESTERFIELD MO 63005
**Phone number**
(888) 866 4352
**Partial account number**
954186790KMO...
**Address identification number**
0044202425

**Date opened**
Aug 2007
**First reported**
Sep 2015
**Date of status**
Jul 2016

**Type**
Education
**Terms**
Not reported
**Monthly payment**
$111

**Credit limit or original amount**
$11,286
**High balance**
Not reported

**Recent balance**
$14,546 as of Jul 2016
**Recent payment**
$111

**Responsibility**
Individual
**Status**
Open/Never late.

**Payment history**
2016                              2015
JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP
OK  OK  OK  OK  OK  OK  OK  OK  OK  OK  OK

Account history - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

| | Jun16 | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 |
|---|---|---|---|---|---|---|---|---|---|
| **AB** | 14,546 | 14,660 | 14,660 | 14,669 | 14,669 | 14,705 | 14,705 | 14,705 | 14,705 |
| **DPR** | Jun21 | Mar29 | Mar29 | Jan28 | Jan28 | Dec30 | Oct29 | Oct29 | Sep29 |
| **SPA** | 111 | 111 | 111 | 111 | 111 | 111 | 111 | 111 | 111 |
| **AAP** | 111 | ND | 111 | ND | 111 | 111 | ND | 111 | 222 |

▶ *The original amount of this account was $11,286*

**OCWEN LOAN SERVICING**
1661 WORTHINGTON RD STE 100
WEST PALM BEACH FL 33409
**Phone number**
(800) 746 2936
**Partial account number**
7167...
**Address identification number**
0044202425

**Date opened**
Sep 2006
**First reported**
Jul 2014
**Date of status**
Jan 2016

**Type**
Mortgage
**Terms**
Not reported
**Monthly payment**
Not reported

**Credit limit or original amount**
Not reported
**High balance**
Not reported

**Recent balance**
$0 /paid as of Jul 2014

**Responsibility**
Individual
**Status**
Reaffirmation of debt/Never late.
This item was updated from our processing of your dispute in Aug 2016.
**Account History**
Paying debt previously in Bankruptcy on Jan 04, 2016.

This information is required to verify your identity and register you as an Equifax customer.

**First Name** Diana

**Last Name** Bell

**Gender** ● Female ○ Male

**Current Street Address** 2135 Wildwood Trail

**City** Pocomoke

**State** MD **Zip Code** 21851

**Have you lived at your current address for more than 6 months?** ● Yes ○ No

**Social Security Number** 174 - 44 - 4567

**Date of Birth** 04 / 10 / 1952

**Mobile/Phone** ( 410 ) 957 - 1519

Continue

**Returning Customer?**

Sign in for expedited ordering.

**User Name:**

**Password:**

Submit Q

Forgot User Name or Password?

**You Have Selected**

**Equifax Complete™ Premier Plan**

**Total: $ 19.95 per month**
We will require you to provide your payment information when you sign up. We will immediately charge your card $19.95 for monthly subscriptions and will charge the card that amount for each month you continue your subscription. You may cancel at any time by calling 866-243-8181, 8am - 3am EST; however, we do not provide partial month refunds.

**Includes:**

- Equifax credit scores and profiles and 3-bureau credit scores based on the information from all 3 bureaus - once every 12 months.
- Ongoing access to your Equifax Credit Score™
- Ability to track your Equifax Score, and see how it changes over time

Important Disclosure: The Equifax credit score and 3-bureau credit scores are based on an Equifax credit score model and are not the same scores used by 3rd parties to assess your creditworthiness.

- Comprehensive credit file monitoring and automated alerts of key changes to your Equifax, Experian, and TransUnion credit reports.
- Unlimited financial alerts on your credit card and bank accounts

+ View product details

Important product disclosures, limitations, restrictions and conditions apply.  Learn More
©2016 Equifax, Inc., All rights reserved   Privacy Policy  |  Terms of Use  |  FCRA Summary of Rights  |  Ad Choices
Equifax and the Equifax marks used herein are registered trademarks of Equifax, Inc. Other product and company names mentioned herein are the property of their respective owners.



**OCWEN LOAN SERVICING, LLC.**

|  | Equifax | TransUnion | Experian |
|---|---|---|---|
| Account Type: | Installment |  | Mortgage |
| Account Number: | 7167XXXX |  | 7167XXXX |
|  | Individual |  | Individual |

## OCWEN LOAN SERVICING, LLC.

| | | |
|---|---|---|
| Payment Responsibility: | | |
| Date Opened: | 09/2006 | 09/2006 |
| Balance Date: | 02/2014 | 07/2016 |
| Balance Amount: | | $261,776 |
| Monthly Payment: | $0 | $742 |
| High/Limit: | | $225,250 |
| Account Status: | InBankruptcy | Late 30 Days |
| Past Due Amount: | $0 | $173 |
| Comments: | BANKRUPTCY CHAPTER 7 INCLUDED IN BANKRUPTCY | OPEN ACCOUNT 30 DAYS PAST DUE DATE LAST REPORTED DELINQUENCIES: 07/2016=M2 LAST PAID: 06/2016 |

Show Details

## SPRINGLEAF FINANCIAL

| | Equifax | TransUnion | Experian |
|---|---|---|---|
| Account Type: | | Installment | Installment |
| Account Number: | | 607289004702XXXX | 607289004702XXXX |
| Payment Responsibility: | | Individual | Individual |
| Date Opened: | | 06/2007 | 06/2007 |
| Balance Date: | | 07/2007 | 07/2007 |
| Balance Amount: | | $0 | $0 |
| Monthly Payment: | | | $0 |
| High/Limit: | | $5,331 | $5,331 |
| Account Status: | | As Agreed | As Agreed |
| Past Due Amount: | | $0 | $0 |
| Comments: | | TERMS OF LOAN UNSPECIFIED ACCOUNT CLOSED DUE TO REFINANCE | CURRENT ACCOUNT REFINANCED OR RENEWED ACCOUNT CLOSED DUE TO REFINANCE LAST PAID: 06/2007 |

Show Details

## SPRINGLEAF FINANCIAL

Welcome, Diana M

# EQUIFAX

See all of the latest information on your credit profile.

## Latest Credit Score

| Equifax | TransUnion | Experian |
|---|---|---|
| As of 09/02/2016 | As of 09/02/2016 | As of 09/02/2016 |
| **388** POOR | **375** POOR | **386** POOR |

Tools

Average Equifax Credit Score for your zip code, 21851, is 673. See this and other credit scores in your zip on Equifax Places and visit the Scores by Zip tab.

## Current Alerts since Friday, September 02, 2016

**Alerts  0  Diana M Bell**

## Latest Credit Summary

Your Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

## CREDIT REPORT as of 09/02/2016

| Hide All Show All | Equifax | TransUnion | Experian |
|---|---|---|---|
| Hide **Total Mortgage Accounts** | 0 | 0 | 0 |
| Balance | $0 | $0 | $0 |
| Credit Limit | N/A | N/A | N/A |
| Debt to Credit Ratio | N/A | N/A | N/A |
| Hide **Total Installment Accounts** | 2 | 2 | 2 |
| Balance | $35,719 | $35,719 | $35,719 |
| High Balance | $40,086 | $40,086 | $40,086 |
| | 89% | 89% | 89% |

## Equifax Complete™ Premier Plan

### Features Include:

OFF
Automatic Fraud Alerts

ON
Credit File Monitoring

ON
Credit Report

OFF
Credit Report Lock

OFF
Fast Pay Plan

OFF
Financial Monitoring

OFF
Identity Report

OFF
Internet Scanning

OFF
Lost Wallet

OFF
Mobile Alerts

ON
Score Monitoring

**Need assistance?** 1-877-47GUARD (1-877-474-8273)

 Helping Homeowners Is What We Do!

Contact Us   Ocwen.com   Log Out

CUSTOMER CARE
**800.746.2936**

Account Home    Payments ▾    Loan Documents ▾    Taxes & Credit Reporting ▾    Resources ▾

Welcome
Diana M Bell!

My Profile

Loan Number:
**71674436**        1st Lien

2135 Wildwood Trl
Pocomoke City, MD 21851-3547

 **MESSAGES**
You have:
No new items

**LOAN MODIFICATION**
Upload Documents

**LOOKING FOR
LOCAL HELP?**
Employment
Heat & Utilities
Housing Counseling

# PAYMENTS AND AMOUNTS DUE

### PAYMENT INFORMATION

| | |
|---|---|
| **Next Payment Due Date:** | 10/01/2016 |
| **Next Payment Amount:** | $762.63 |
| **Escrow Portion:** | $318.98 |
| **Last Payment Received:** | 09/30/2016 |
| **Amount of Last Payment Received:** | $1,491.50 |

### LOAN INFORMATION

| | |
|---|---|
| **Unpaid Principal Balance:** | $114,592.98 |
| **Original Principal Balance:** | $225,250.00 |
| **Escrow Balance:** | ($2,599.70) |
| **Length of the Loan (Months):** | 360 |
| **Origination Date:** | 09/13/2006 |
| **Maturity Date:** | 10/01/2036 |
| **Interest Rate (%):** | 2 |

### RELATED LINKS

Make Payment
Schedule a one-time, recurring payments or rush payment online.

Payment History
View and print a history of your loan payments.

Fee Schedule
Understand routine fees that may apply to your loan.

Payment Confirmation Letter
View or print a payment confirmation letter.

Recent or Upcoming Payment Changes
Understand the details of any payment changes that have occurred on your loan.

Notify Ocwen that I made a Payment
Let us know about payment you've already made.

Reinstatement Quote
Request a quote to bring your loan current through email, fax or mail.

Payment Remittance Coupon
View or print payment coupons for any statement.

Ways to Make Payments
Review all the options available for making payments online, by phone or by mail.

Payoff Quote
Request a payoff quote for your loan through email, fax or mail.

Track Ocwen ACH Payments
See ACH payments in progress or previously drafted.

 **OCWEN**

Helping Homeowners Is What We Do!

Search    Contact Us   Ocwen.com   Log Out

**CUSTOMER CARE**
**800.746.2936**

Account Home      Payments ▾      Loan Documents ▾      Taxes & Credit Reporting ▾      Customer Support

**Welcome**
**Diana M Bell**

My Profile

**Loan Number:**
**71674436**    1st Lien
2135 Wildwood Trl
Pocomoke City, MD 21851-3547

 **MESSAGES**
You have:
No new items

 **LOAN MODIFICATION**
Upload Documents

 **LOAN MODIFICATION**
Check status of your application

Please be advised that if your loan is delinquent, additional amounts may become due. In order to obtain resolution options, reinstatement and/or payoff information, please contact the Service Department at (800) 746-2936.

### PAYMENT INFORMATION

| | |
|---|---|
| Next Payment Due Date | April 1, 2017 |
| Next Payment Amount Due | $797.41 |

Make a Payment

### LOAN INFORMATION

| | | | |
|---|---|---|---|
| Original Principal Balance | $225,250.00 | Escrow Balance | ($5,258.33) |
| Current Principal Balance | $113,197.99 | Length of the Loan (Months) | 498 |
| Loan Type | Balloon Fixed Rate Mortgage | Origination Date | 09/13/2006 |
| Interest Rate(%) | 2 | Maturity Date | 10/01/2036 |

View Recent / Upcoming Payment Changes



### RECENT PAYMENTS

| | | |
|---|---|---|
| 02/27/2018 | Investor Billable... | $0.00 |
| 01/29/2018 | Investor Billable... | $0.00 |
| 12/28/2017 | Investor Billable... | $0.00 |

View All

### ACCOUNT STATEMENTS

| | |
|---|---|
| 07/17/2017 | 📄 |
| 06/19/2017 | 📄 |
| 05/17/2017 | 📄 |

Go Paperless    View All

### PAYMENTS
Make a Payment
Payments & Amounts Due
Payment History
Recurring Payments
Notify Ocwen that I Made A Payment
Track Online Payments

### LOAN INFORMATION
Account Statements
Account Notices
Loan Documents
Payoff Quote
Verification of Mortgage
Taxes & Insurance
1098/1099 Tax Forms

### CUSTOMER SUPPORT
Financial Difficulties
Avoid Scams
Talk to Your Relationship Manager
Educational Materials
Frequently Asked Questions
Customer Survey
W-9 Form

Privacy    Terms    Licenses    Feedback

2018 © Ocwen Financial Corporation. All Rights Reserved.
NMLS#: 1852 Ocwen Loan Servicing, LLC
NMLS#: 1089752 Ocwen Mortgage Servicing, Inc

  **MBA**